WILLIAM MASON LEPPO, petitioner-appellee,

*v.*

LYNNE LEPPO, defendant-appellant.

[Submitted May term, 1938. Decided September 16th, 1938.]

*Messrs. Cohen & Klein (Mr. Philip Klein,* of counsel), for the petitioner-appellee.

*Mr. Abraham M. Herman,* for the defendant-appellant.

PER CURIAM.

The learned advisory master advised a decree which found the appellant wife guilty as charged.

We have examined the facts, and the briefs of counsel, and find no error.

The decree appealed from is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 15.

*For reversal*—None.